# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICKEY PAULINO,**

      **Plaintiff,**

**v.**                                                                    **Case No:   6:14-cv-921-Orl-40DAB**

**MARRIOTT INTERNATIONAL, INC.,**

      **Defendant.**

## ORDER

This cause came on for consideration of the parties' Joint Motion to Approve Settlement Agreement (Doc. 22) as referred by the District Judge on November 5, 2014 (Doc. 24) to determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute" over FLSA issues. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354-55 (11th Cir. 1982).

The parties are **ORDERED** to file by **December 4, 2014**, all documents in support of the attorney's fee of $5,000 including any justification for any reduction in Plaintiff's claim and the calculation of the attorney's fee (*i.e.,* the number of hours expended and the basis for the hourly rate). The parties are also reminded of the opportunity for joint consent to the jurisdiction of the Magistrate Judge to enter final judgment, which, while entirely voluntary, would allow determination of the matter by Order rather than by Report and Recommendation.

**DONE** and **ORDERED** in Orlando, Florida on November 6, 2014.

                                                                *David A. Baker*
                                                                DAVID A. BAKER
                                                      UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record