**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICKEY PAULINO,

        Plaintiff,

v.                                          Case No:   6:14-cv-921-Orl-40DAB

MARRIOTT INTERNATIONAL, INC.,

        Defendant.

## ORDER

This cause is before the Court on Joint Motion to Approve Settlement Agreement (Doc. 22) filed on November 4, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of Non-objection was filed, (Doc. 28), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 4, 2015 (Doc. 27), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve Settlement Agreement (Doc. 22) is hereby **GRANTED**.

3. The Court **DECLINES** to retain jurisdiction to enforce the Settlement Agreement.

4. The case is **DISMISSED WITH PREJUDICE**.

5. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Orlando, Florida on February 5, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties